# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| TRUSTEES OF THE SUBURBAN TEAMSTERS OF NORTHERN ILLINOIS WELFARE AND PENSION FUNDS, ) ) ) ) | |
| Plaintiffs, ) ) | Case No.: 21 C 1537 |
| v. ) ) | Judge John F. Ness |
| LEO'S HAULING, INC., ) an Illinois corporation ) ) | Magistrate Judge Heather K. McShain |
| Defendant. ) | |

## MOTION FOR JUDGMENT IN SUM CERTAIN

NOW COME the Plaintiffs, TRUSTEES OF THE SUBURBAN TEAMSTERS OF NORTHERN ILLINOIS WELFARE AND PENSION FUND, by and through its attorney, JOHN J. TOOMEY, ARNOLD AND KADJAN, LLP and pursuant to FRCP 55 move for judgment in sum certain as stated in this Motion and the supporting Affidavits attached hereto.  In support of its Motion, Plaintiffs state as follows:

1. Suit was filed on March 19, 2021 for collection of delinquent contributions plus attorneys' fees, costs and interest under 29 U.S.C. 1132(g)(2).

2. Service was made upon LEO'S HAULING, INC., an Illinois corporation on April 11, 2021.

3. Defendant is now in default on the Complaint and as supported by the attached Affidavits the sums due are:

$27,777.63  Welfare
$32,810.99  Pension
 $1,250.00  Attorneys fees
   $491.00  Court costs
$62,329.62

WHEREFORE, Plaintiffs pray for:

1.      Entry of judgment against Defendant, LEO'S HAULING, INC., an Illinois corporation, and in favor of Plaintiffs, TRUSTEES OF THE SUBURBAN TEAMSTERS OF NORTHERN ILLINOIS PENSION AND WELFARE FUNDS in the amount of $62,329.62.

        TRUSTEES OF THE SUBURBAN TEAMSTERS
        OF NORTHERN ILLINOIS PENSION AND
        WELFARE FUNDS

        s/John J. Toomey
        ARNOLD AND KADJAN, LLP
        35 E. Wacker Drive, Suite 600
        Chicago, IL 60601
        Telephone No.:  (312) 236-0415
        Facsimile No.:   (312) 341-0438
        Dated:  May 13, 2021

CERTIFICATE OF SERVICE

      I hereby certify that on May 13, 2021, I electronically filed the foregoing Motion for Judgment in Sum Certain, Affidavits of Jose M. Colin and John J. Toomey and Proposed Judgment Order with the Clerk of the Court using the CM/ECF system and to the following by U.S. Mail, postage prepaid by regular mail and certified mail:

Mr. Juan Carlos Hernandez
President and Registered Agent
Leo's Hauling, Inc.
an Illinois corporation
418 North Park Avenue
Aurora, Illinois  60505

Mr. Juan Carlos Hernandez
President and Registered Agent
Leo's Hauling, Inc.
an Illinois corporation
790 Trask Street
Aurora, Illinois  60505

                                          TRUSTEES OF THE SUBURBAN TEAMSTERS
                                          OF NORTHERN ILLINOIS PENSION AND
                                          WELFARE FUNDS

                                          s/John J. Toomey
                                          ARNOLD AND KADJAN, LLP
                                          35 E. Wacker Drive, Suite 600
                                          Chicago, IL 60601
                                          Telephone No.:  (312) 236-0415
                                          Facsimile No.:  (312) 341-0438
                                          Dated:  May 13, 2021